UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY CARL SAHM,<br><br>    Plaintiff,<br><br>    v.<br><br>B. HAILE,<br><br>    Defendant. | No.  2:21-cv-1436-JAM-EFB P<br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding without counsel in this action, which was removed from state court by defendant Haile.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 24, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 24, 2022, are adopted in full; and
2. Plaintiff's second amended complaint (ECF No. 10) is DISMISSED without leave to amend for failure to state a cognizable claim and the Clerk is directed to close the case.

DATED: March 16, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE