UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY CARL SAHM, | No.  2:21-cv-1436-JAM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| B. HAILE, | |
| Defendant. | |

On March 16, 2022, this civil rights case was dismissed for failure to state a claim upon which relief could be granted. ECF No. 12. Judgment was duly entered. ECF No. 13. On April 5, 2022, plaintiff filed a letter to the undersigned with a request to "reopen the case." ECF No. 14 at 2. The court construes plaintiff's letter as a motion for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, and so construed, the motion is denied.

Rule 60(b) provides for reconsideration of a final judgment where one of more of the following is shown: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which, with reasonable diligence, could not have been discovered within twenty-eight days of entry of judgment; (3) fraud, misrepresentation, or misconduct of an opposing party; (4) voiding of the judgment; (5) satisfaction of the judgment; and (6) any other reason justifying relief. Fed. R. Civ. P. 60(b).  Plaintiff's motion fails to satisfy the Rule 60(b) standards.

1        Accordingly, IT IS ORDERED that plaintiff's April 5, 2022 letter, construed as a Rule 60(b) motion for relief from judgment (ECF No. 14), is DENIED.

Dated: May 11, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE